# CIPRIANI & WERNER

A Professional Corporation

ATTORNEYS AT LAW

| ERIC LAUERMAN | Harrisburg Office | A Mid-Atlantic Litigation Firm |
| --- | --- | --- |
| elauerman@c-wlaw.com | 1011 Mumma Road, Suite 201 | |
| | Lemoyne, Pennsylvania 17043-1145 | Visit us online at |
| | | www.C-WLAW.com |

Telephone (717) 975-9600
Fax: (717) 975-3846

www.C-WLAW.com

October 3, 2018

**VIA ECF FILING**

The Honorable Robert D. Mariani
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA  18503

RE: *Stephanie Moyer as Administrator of the Estate of Victoria Jeannette Herr v. Jeffrey Yocum, D.O., et al.*, Docket No. 3:16-CV-1424

Dear Judge Mariani:

Dr. Yocum has no issues to raise before Your Honor at the conference to approve settlement on October 5, 2018.  Therefore, I would like to be excused from attending the conference in the interest of saving my client expenses.  I require no notification if I am excused, but will gladly attend if instructed to do so.

Respectfully submitted,

/s/Eric Lauerman

cc: Jon Feinberg, Esq. (via ECF)
    Hugh O' Neill, Esq. (via ECF)